

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Jose Jonathan Tiscareno v. State of Texas

Appellate case number:   01-19-00199-CR

Trial court case number: 2191444

Trial court:             County Criminal Court at Law No. 6 of Harris County

Date motion filed:       September 29, 2020

Party filing motion:     Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Lloyd and Countiss.

Date:    ___October 15, 2020____